UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 13-01609 DMG (MANx) | Date | June 11, 2013 |
|---|---|---|---|

| Title | *Rosalba Benigna Bagues, et al. v. Janet Napolitano, et al.* | Page | 1 of 1 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Plaintiff, Rosalba Benigna Bagues, filed a complaint against Defendants Janet Napolitano, Alejandro Mayorkas, and Robert M. Cowan on March 6, 2013. [Doc. # 1.] Under Federal Rule of Civil Procedure 4(m), Plaintiff must serve the complaint, along with the summons, upon Defendants within 120 days after the date of filing. As of the date of this order, 97 days have passed since the filing of the complaint, yet Plaintiff has filed no proof of service demonstrating compliance with Rule 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** by no later than **July 5, 2013** why this action should not be dismissed for lack of prosecution. Plaintiff may satisfy this order either by filing proof of service of the summons and complaint upon Defendants or by demonstrating that good cause exists to extend the time for service as provided under Rule 4(m). **Failure to respond to the Court's order will result in dismissal of the action.**

**IT IS SO ORDERED**.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk vv |
|---|---|---|