JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

**ROSALBA BENIGNA BAGUES**, *et al.*,

　　　　　　Plaintiffs,

　　v.

**RAND BEERS, etc., et al.**
　　　　　　Defendants.

Case No. CV 13-1609-DMG (MANx)

**ORDER RE JOINT STIPULATED DISMISSAL [28]**

     Based on the parties' joint stipulation and the United States Citizenship and Immigration Services' adjudication and approval on January 8, 2014 of Plaintiff Alfredo Bagues-Valles' 1998 Application for Adjustment of Status, AND GOOD CAUSE APPEARING,

     IT IS HEREBY ORDERED THAT this action is dismissed with prejudice. The Parties will bear their own costs and fees and not seek attorney's fees or costs.

DATED: January 22, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE